**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| Rita E. Harden, | ) | |
| | ) | Civil Action. No. 4:11-cv-00392-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| Michael J. Astrue, Commissioner | ) | |
| of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court upon motion of the Plaintiff, through her attorney, Samuel D. Harris, for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. On October 5, 2012, Counsel for the Plaintiff, Samuel D. Harris ("Counsel"), filed a motion for attorney's fees and costs [Dkt. No. 31] pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The motion seeks reimbursement for Counsel's representation in the captioned matter in the amount of $2,986.10, representing 13.2 hours of attorney work at $173.72 per hour and 7.7 hours of paralegal work at $90.00 per hour. Thereafter, the parties filed a joint stipulation regarding attorney fees [Dkt. No. 32] agreeing to an award of $2,700.00 in attorney fees payable to the Plaintiff, without prejudice to the Plaintiff's right to seek additional attorney fees pursuant to 42 U.S.C. § 406(b) of the Social Security Act.

The court has reviewed Counsel's fee petition and the signed fee agreement that was submitted with the petition, and finds Counsel's request for fees reasonable.

Therefore, the Plaintiff is entitled to an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 and in accordance with the parties' joint stipulation amount of $2,700.00.

**IT IS SO ORDERED.**

_J. Michelle Childs_

United States District Judge

Greenville, South Carolina
November 5, 2012